IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CROSSROADS SYSTEMS, INC., § § Plaintiff, § § v. § § DOT HILL SYSTEMS CORP., § § Defendant. § | § CIVIL ACTION NO. 1:13-CV-00800-SS § § JURY DEMANDED |

## PLAINTIFF CROSSROADS SYSTEMS, INC.'S
## DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff Crossroads Systems, Inc. ("Crossroads") states that it has no parent corporation and that no publicly held corporation owns 10% or more of Crossroads' stock.

Dated:  September 12, 2013            Respectfully submitted,


                                      By:    */s/ Elizabeth J. Brown Fore*
                                          Steven Sprinkle
                                          Texas Bar No. 00794962
                                          ssprinkle@sprinklelaw.com
                                          Elizabeth J. Brown Fore
                                          Texas Bar No. 24001795
                                          ebrownfore@sprinklelaw.com
                                          SPRINKLE IP LAW GROUP, PC
                                          1301 W. 25th Street, Suite 408
                                          Austin, Texas 78705
                                          Telephone:  512-637-9220
                                          Facsimile:  512-371-9088

1

John M. Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
Aaron G. Fountain
Texas Bar No. 24050619
aaron.fountain@dlapiper.com
Courtney Stewart
Texas Bar No. 24042039
courtney.stewart@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone:  512-457-7000
Facsimile:  512-457-7001

Sean Cunningham (*pro hac vice*)
sean.cunningham@dlapiper.com
Jesse Hindman *(pro hac vice)*
jesse.hindman@dlapiper.com
DLA PIPER LLP (US)
401 B Street
San Diego, CA 92101-4297
Telephone:  619-699-2700
Facsimile:  619-699-2701

*ATTORNEYS FOR PLAINTIFF
CROSSROADS SYSTEMS, INC.*