**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| CROSSROADS SYSTEMS, INC. | § § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 1:13-cv-00800-SS |
| DOT HILL SYSTEMS CORP., | § § § | |
| Defendant. | § § | |
| CROSSROADS SYSTEMS, INC. | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | C.A. NO. 1:13-cv-00895-SS |
| ORACLE CORPORATION, | § § § | |
| Defendant. | § § | |
| CROSSROADS SYSTEMS, INC. | § § § § | |
| Plaintiff, | § § § | |
| v. | § § § | C.A. NO. 1:13-cv-01023-SS |
| DELL INC. | § § § | |
| Defendant. | § § | |
| CROSSROADS SYSTEMS, INC. | § § § § | |
| Plaintiff, | § § § | |
| v. | § § § | C.A. NO. 1:13-cv-01025-SS |
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI ENTERPRISE USA, INC., AND HUAWEI TECHNOLOGIES USA, INC., | § § § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| CROSSROADS SYSTEMS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>    Defendant.<br>_____ | § § § § § § § § § § § § § § | C.A. NO. 1:14-cv-00148-SS |
| CROSSROADS SYSTEMS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>NETAPP, INC.<br><br>    Defendant.<br>_____ | § § § § § § § § § § § § | C.A. NO. 1:14-cv-00149-SS |
| CROSSROADS SYSTEMS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>QUANTUM CORPORATION<br><br>    Defendant. | § § § § § § § § § § § § § | C.A. NO. 1:14-cv-00150-SS |

**NOTICE OF SUBMISSION TO SPECIAL MASTER OF DEFENDANTS' OPENING BRIEF REGARDING DISPUTED ISSUE IN PROPOSED PROTECTIVE ORDER**

Pursuant to the parties' stipulations filed in the above-captioned cases on May 29, 2014, Defendants Dot Hill Systems Corp., Oracle Corporation, Dell Inc., Huawei Technologies Co., Ltd., Huawei Enterprise USA, Inc., Huawei Technologies USA, Inc., Cisco Systems, Inc., NetApp, Inc., and Quantum Corporation (collectively "Defendants") hereby give notice that the attached Defendants' Opening Brief Regarding Disputed Issue in Proposed Protective Order and Declaration of Jill J. Schmidt in Support of Defendants' Opening Brief Regarding Disputed Issue in Proposed Protective Order are being submitted to the Special Master.

Dated:  June 13, 2014

Respectfully Submitted,

*/s/ Patton G. Lochridge*
Patton G. Lochridge (Texas Bar No. 12458500)
plochridge@mcginnislaw.com
MCGINNIS, LOCHRIDGE & KILGORE, LLP
1300 Capitol Center
919 Congress Avenue
Austin, TX 78701
(512) 495-6000

*Attorneys for Defendant Oracle Corporation*

*Of Counsel:*
Jared Bobrow*
jared.bobrow@weil.com
Sonal N. Mehta*
sonal.mehta@weil.com
Jill J. Schmidt*
jill.schmidt@weil.com
Aaron Y. Huang*
aaron.huang@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Phone:  (650) 802-3000
Fax:  (650) 802-3100

*Admitted pro hac vice

1

*/s/ John Adam Suppes*  (with permission)

Orion Armon (*pro hac vice*)
Colorado State Bar No. 34923
Peter Sauer (*pro hac vice*)
Colorado State Bar No. 44531
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
(720) 566-4119
(720) 566-4099 Fax
oarmon@cooley.com
psauer@cooley.com

John Adam Suppes (*pro hac vice*)
Virginia State Bar No. 77375
COOLEY LLP
11951 Freedom Drive
Reston Town Center
Reston, VA 20190-5656
Tel: (703) 456-8000
Fax: (703) 456-8100
asuppes@cooley.com

David D. Bahler (State Bar No. 01513100)
FULBRIGHT & JAWORSKI LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
dave.bahler@nortonrosefulbright.com

***Attorneys for Defendant***
***Dot Hill Systems Corp.***

2

*Of Counsel*

Matthew C. Gaudet*
Ga. State Bar. No. 287789
mcgaudet@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Fax: (404) 253-6901

Karineh Khachatourian*
Cal. State Bar. No. 202634
karinehk@duanemorris.com
Patrick S. Salceda*
Cal. State Bar. No. 247978
psalceda@duanemorris.com
DUANE MORRIS LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 847-4150
Fax: (650) 847-4151

Joseph A. Powers*
Pa. State Bar. No. 84590
japowers@duanemorris.com
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 979-1000
Fax: (215) 979-1020

*Admitted *pro hac vice*

*/s/ Patrick S. Salceda* (with permission)
HAYNES AND BOONE, LLP
David H. Harper
Texas State Bar No. 09025540
david.harper@haynesboone.com
John Turner
Texas State Bar No. 24028085
john.turner@haynesboone.com
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 651-5940

Jason W. Whitney
Texas State Bar No. 24066288
jason.whitney@haynesboone.com
112 E. Pecan Street, Suite 1200
San Antonio, Texas 78205
Telephone: (210) 978-7000
FAX: (214) 978-7450

ATTORNEYS FOR DEFENDANTS
NETAPP, INC., DELL INC., AND
CISCO SYSTEMS, INC.

/s/ Timothy Bickham (with permission)

**TIMOTHY BICKHAM – Lead Attorney**
(*pro hac vice*)
tbickham@steptoe.com
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington DC 20036
(202) 429-5517
(202) 429-3902 (fax)

**JEFFREY J. COX**
State Bar No. 04947530
jcox@hdbdlaw.com
**HARTLINE DACUS BARGER DREYER LLP**
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206
(214) 369-2100
(214) 369-2118 (fax)

**ATTORNEYS FOR DEFENDANTS
HUAWEI TECHNOLOGIES CO., LTD.,
HUAWEI ENTERPRISE USA INC.,
HUAWEI TECHNOLOGIES USA INC.**

OF COUNSEL:

Clement S. Roberts (*pro hac vice*)
Elizabeth O. Klein (*pro hac vice*)
Robert S.J. Rogoyski (*pro hac vice*)
DURIE TANGRI LLP
croberts@durietangri.com
eklein@durietangri.com
rrogoyski@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:      415-236-6300

/s/ Jason W. Whitney (with permission)
HAYNES AND BOONE, LLP
David H. Harper
Texas State Bar No. 09025540
david.harper@haynesboone.com
John Turner
Texas State Bar No. 24028085
john.turner@haynesboone.com
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 651-5940

Jason W. Whitney
Texas State Bar No. 24066288
jason.whitney@haynesboone.com
112 E. Pecan Street, Suite 1200
San Antonio, Texas 78205
Telephone: (210) 978-7000
FAX: (214) 978-7450

ATTORNEYS FOR DEFENDANT
QUANTUM CORPORATION

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2014, I served the foregoing document via electronic mail on all counsel identified below, per the agreement between the parties regarding electronic service:

Steven Sprinkle
Elizabeth Brown Fore
Sprinkle IP Law Group, PC
1301 W. 25th Street, Suite 408
Austin, TX 78705
Tel: 512-637-9220
Fax: 512-371-9088
ssprinkle@sprinklelaw.com
ebrownfore@sprinklelaw.com
phelberg@sprinklelaw.com

Susan Knoll
Russell Wong
James Hall
Wong, Cabello, Lutsch, Rutherford & Brucculeri, LLP
20333 SH 249, Suite 600
Houston, TX 77070
Tel: 832-446-2400
Fax: 832-446-2424
wccrossroads@counselip.com

                                        */s/ Patton G. Lochridge*
                                        Patton G. Lochridge