IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CROSSROADS SYSTEMS, INC.,** | § § § § § | |
| **Plaintiff** | | |
| vs. | § § | NO. 1:13-cv-00800-SS |
| **ORACLE CORPORATION** | § § § § | |
| **Defendant.** | | |

## MOTION TO WITHDRAW AS COUNSEL AND [PROPOSED ORDER]

Comes now Carmen E. Bremer, attorney of record for defendant Oracle Corporation ("defendant") in this matter, and respectfully requests the Court's permission to withdraw under L.R. AT-3 for the reasons set forth below:

- Defendant is currently represented in this matter by the following:

    Aaron Y. Huang

    Jared Bobrow

    Jill J. Schmidt

    Sonal N. Mehta

    **Weil, Gotshal & Manges, LLP.**

    201 Redwood Shores Parkway

    Redwood Shores, CA 94065

- Counsel is no longer affiliated with the above firm and her withdrawal from this matter will not prejudice defendant.

Dated this 11th day of July, 2014

Respectfully submitted,

*/s/ Carmen E. Bremer*
Carmen E. Bremer,
State Bar No. 24041009
CHRISTENSEN O'CONNOR JOHNSON
KINDNESS PLLC
1201 Third Ave., Suite 3600-
Seattle, WA 98101-3029
Telephone: 206.682.8100
Fax: 206.224.0779
Email: carmen.bremer@cojk.com,

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2014, I served the foregoing document via ECF on all counsel of record.

>*/S/ Carmen E. Bremer*
>Carmen E. Bremer